WALSTON CROSS ATTORNEYS
THOMAS J. O'BRIEN, State Bar # 274969
735 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone no. (415) 956-9200
Facsimile:     (415) 956-9205

Attorneys for Plaintiff
RICHARD BONOMI


DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
LEONOR NOGUEZ, State Bar #152905
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3854
Facsimile:      (415) 554-3837
E-Mail:         leonor.noguez@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BONOMI,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER MARCI aka OFFICER MARCY aka OFFICER MARCIE, an individual, DOES ONE THROUGH TWENTY, inclusive,,<br><br>  Defendants. | Case No. CV-10 5847 PJH<br><br>**JOINT CASE MANAGEMENT STATEMENT AND RULE 26(f) REPORT** AND ORDER<br><br>Date:          March 31, 2011<br>Time:          1 p.m.<br>Courtroom:  Courtroom 3, 3rd Floor<br>                    1301 Clay Street, Oakland<br><br>The Honorable Phyllis J. Hamilton |

The parties hereby submit this Joint Case Management Statement.

1. <u>Jurisdiction and Service:</u>  The Court has federal jurisdiction of this matter pursuant to 42 USC Section 1983.

2. Facts/Description of Case and Defenses:

   A. Plaintiff

In light of Defendant's request below, Plaintiffs join in Defendant's request to stay the proceedings in this matter for 50 days.

   B. Defendants

Defendant City and County of San Francisco only this week received a letter from plaintiff's counsel, dated March 18, 2011, explaining the facts giving rise to the filing of plaintiff's complaint. Defendant will provide a copy of that letter to the Court at the Case Management Conference. Now that the City has information concerning the factual allegations, the City made a demand to the San Francisco Forty Niners that they accept tender of the defense in this case. Defendant therefore respectfully requests that the Court stay proceedings in this matter for 50 days to solidify the tender. The Forty Niners and not the City and County of San Francisco should play a role in fashioning the management of this case.

3. Legal Issues:

4. Motions:  No motions are pending.

5. Amendment of Pleadings:

6. Evidence Preservation.

Defendants are unaware whether Plaintiff has preserved evidence in his possession.

7. Disclosures:

8. Discovery:  No formal Discovery has yet taken place.

The parties agree that the Federal Rules of Civil Procedure shall govern all discovery and supplementations.

9. Class Actions:  Not applicable.

10. Related Cases:  There are no related cases.

11. Relief:

Defendants currently have no information about Plaintiff's claimed injuries and other claimed damages.

12. <u>Settlement and ADR</u>:

13. <u>Consent to Magistrate Judge For All Purposes</u>:  Defendants declined to consent to the appointment of a Magistrate Judge to conduct all proceedings.

14. <u>Other References</u>:  The parties do not believe an Other Reference is appropriate here.

15. <u>Narrowing of Issues</u>:

16. <u>Expedited Schedule</u>:

17. <u>Scheduling</u>:

18. <u>Trial</u>:

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>:  There are no non-Party Interested Entities or Persons in this matter, and those Disclosures have not formally been made.

20. <u>Other Matters</u>:  The City's tender of this matter is pending.

Dated: March 24, 2011                WALSTON CROSS, ATTORNEYS


                                           /s/*
                            Thomas J. O'Brien
                            Attorneys for Plaintiff

Dated:  March 24, 2011               DENNIS J. HERRERA
                            CITY ATTORNEY


By:            /s/
      LEONOR NOGUEZ
      Deputy City Attorney
      Attorneys for Defendants

IT IS SO ORDERED
Judge Phyllis J. Hamilton

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO MAY 26, 2011 AT 2:00 P.M.

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

JOINT CASE MANAGEMENT STATEMENT-       3                    n:\lit\li2011\110609\00689122.doc
U.S.D.C. ACTION NO. C-10-5847 PJH