DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
LEONOR NOGUEZ, State Bar #152905
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3854
Facsimile:    (415) 554-3837
E-Mail:       leonor.noguez@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BONOMI,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER MARCI aka OFFICER MARCY aka OFFICER MARCIE, an individual, DOES ONE THROUGH TWENTY, inclusive,,<br><br>            Defendants. | Case No. CV-10 5847 PJH<br><br>**JOINT CASE MANAGEMENT STATEMENT AND RULE 26(f) REPORT** AND ORDER<br><br>Date:         May 26, 2011<br>Time:         2 p.m.<br>Courtroom:    Courtroom 3, 3rd Floor<br>              1301 Clay Street, Oakland<br><br>The Honorable Phyllis J. Hamilton |

The parties hereby submit this Joint Case Management Statement.

1. <u>Jurisdiction and Service:</u>  The Court has federal jurisdiction of this matter pursuant to 42 USC Section 1983.

2. <u>Facts/Description of Case and Defenses:</u>

   A.  Plaintiff

In light of Defendant's request below, Plaintiffs join in Defendant's request to stay the proceedings in this matter for 50 days.

    B. Defendants

Defendant City and County of San Francisco tendered its defense of this matter to the San Francisco Forty Niners two months ago. On May 11, 2011, the City received correspondence from the insurance underwriter for the Forty–Niners accepting the City's tender with a reservation of rights. The City is in communication with the underwriter concerning the extent of the reservation of rights. Defendant expects the outstanding issues concerning the extent of the reservation and the potential of substitution of insurance defense counsel for the City Attorneys' Office to be resolved within 30 days. Defendant therefore respectfully requests that the Court stay proceedings in this matter for 50 days so these issues may be resolved and new counsel may be substituted in for the City Attorneys' Office.

3. <u>Legal Issues:</u>

4. <u>Motions</u>: No motions are pending.

5. <u>Amendment of Pleadings:</u>

6. <u>Evidence Preservation</u>.

Defendants are unaware whether Plaintiff has preserved evidence in his possession.

7. <u>Disclosures</u>:

8. <u>Discovery</u>: No formal Discovery has yet taken place.

The parties agree that the Federal Rules of Civil Procedure shall govern all discovery and supplementations.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: There are no related cases.

11. <u>Relief</u>:

Defendants currently have no information about Plaintiff's claimed injuries and other claimed damages.

12. <u>Settlement and ADR</u>:

13. <u>Consent to Magistrate Judge For All Purposes</u>:  Defendants declined to consent to the appointment of a Magistrate Judge to conduct all proceedings.

14. <u>Other References</u>:  The parties do not believe an Other Reference is appropriate here.

15. <u>Narrowing of Issues</u>:

16. <u>Expedited Schedule</u>:

17. <u>Scheduling</u>:

18. <u>Trial</u>:

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>:  There are no non-Party Interested Entities or Persons in this matter, and those Disclosures have not formally been made.

20. <u>Other Matters</u>:  The City's tender of this matter is pending.

Dated: May 18, 2011                         WALSTON CROSS, ATTORNEYS

                                            _____/s/  *_____
                                            Thomas J. O'Brien
                                            Attorneys for Plaintiff

Dated:  May 18, 2011                        DENNIS J. HERRERA
                                            CITY ATTORNEY


                                       By:  _____/s/_____
                                            LEONOR NOGUEZ
                                            Deputy City Attorney
                                            Attorneys for Defendants

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO AUGUST 4, 2011 AT 2:00 P.M.

JOINT CASE MANAGEMENT STATEMENT-            3                    n:\lit\li2011\110609\00700836.doc
U.S.D.C. ACTION NO. C-10-5847 PJH