DENNIS J. HERRERA (SBN 139669)
MARK D. LIPTON, (SBN 152864)
LEONOR NOGUEZ (SBN 152905)
leonor.noguez@sfgov.org
CITY ATTORNEY'S OFFICE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:    (415) 554-3854
Facsimile:    (415) 554-3837

Attorneys for Defendant,
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RICHARD BONOMI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER MARCI aka OFFICER MARCY aka OFFICER MARCIE an individual, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.  4:10-cv-05847 PJH<br><br>**SUBSTITUTION OF ATTORNEY**<br>　AND ORDER |

Defendant CITY AND COUNTY OF SAN FRANCISCO hereby requests the Court approve the substitution of Matthew S. Conant, Lombardi, Loper & Conant, LLP, Lake Merritt Plaza, 1999 Harrison Street, Suite 2600, Oakland, California  94612, Telephone: (510) 433-2600, Facsimile: (510) 433-2699, email msc@llcllp.com as attorney of record in place and instead of Leonor Noguez and Mark D. Lipton, City Attorney's Office, City and County of San Francisco.

Dated: July 19, 2011

　　　　　　　　　　　　　　　　　By:　　　/s/ Leonor Noguez
　　　　　　　　　　　　　　　　　　　　LEONOR NOGUEZ
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　CITY AND COUNTY OF SAN FRANCISCO

1    I have given proper notice and further consent to the above substitution.

2    Dated: July 19, 2011

3                                    By:        /s/ Leonor Noguez
                                            LEONOR NOGUEZ
4                                        Attorneys for Defendant,
                                    CITY AND COUNTY OF SAN FRANCISCO
5

6    I am duly admitted to practice in this District and accept the substitution.

7

8    DATED: July 19, 2011              LOMBARDI, LOPER & CONANT, LLP

9

10                                    By:    /s/ Matthew S. Conant
                                            MATTHEW S. CONANT
11

14   IT IS SO ORDERED.

15   Dated: July 20, 2011

17   _____
18   HON. PHYLLIS J. HAMILTON
     UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton, United States District Court, Northern District of California

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30705-40777 LSM 600412.1                         2                         Case No. 4:10-cv-05847 PJH
SUBSTITUTION OF ATTORNEY