1 | Gregory S. Walston, State Bar No. 196776
2 | Thomas J. O'Brien, State Bar No. 274969
  | WALSTON CROSS, Attorneys
  | 735 Montgomery Street, Suite 250
3 | San Francisco, California 94111
  | Telephone: (415) 956-9200
4 | Facsimile: (415) 956-9205

5 | Attorneys for Plaintiff RICHARD BONOMI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| RICHARD BONOMI, | Case No. CV-10 5847 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [P~~ROPOSED~~] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER MARCI aka OFFICER MARCY aka OFFICER MARCIE, an individual, DOES ONE THROUGH TWENTY, inclusive,, | |
| Defendants. | |

The parties hereby agree and stipulate to the following:

This Court set a deadline to complete private mediation of December 6, 2011 in its August 8, 2011 Case Management and Pretrial Order. However, the parties agree that, discovery is still ongoing and at this time mediation would not be productive. Thus, the parties hereby request this court to grant an extension of 90 days to complete private mediation.

IT IS SO STIPULATED:

DATED: November 23, 2011                    WALSTON CROSS, P.C.

                                            /s/
                                            ──────────────────────────────
                                            Thomas J. O'Brien, Attorney for Plaintiff

DATED: November 23, 2011                    LOMBARDI, LOPER & CONANT, LLP

                                            /s/
                                            ──────────────────────────────
                                            Liza Siu Mendoza, Attorney for
                                            Defendants*

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

STIPULATION AND PROPOSED ORDER            1
U.S.D.C. ACTION NO. C-10-5847 PJH

**IT IS SO ORDERED.**

DATED: November 30, 2011,

_____
UNITED STATES DISTRICT JUDGE



STIPULATION AND PROPOSED ORDER         2
U.S.D.C. ACTION NO. C-10-5847 PJH